Case 7:25-cv-02467-KMK   Document 13   Filed 07/21/25   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE PLUMBERS & STEAMFITTERS ) 25-CV-~~2469~~ 2467
LOCAL 21 BENEFIT FUNDS, )
)
)
)
Plaintiffs, )
-against- ) **DEFAULT JUDGMENT**
)
LET'S GO ENTERPRISES, INC., )
)
)
)
Defendant. )
)

---

This action having been commenced on March 26, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Let's Go Enterprises, Inc. on April 15, 2025 and said Proof of Service having been filed with the Clerk of the Court on May 14, 2025 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant for (i) an audit for the period May 1, 2022, through to April 30, 2023, for the John Jay Boiler Room Pump Project (ii) $3,429.40 representing attorney's fees in the sum of $2,700.00; plus court costs and disbursements of this action in the sum of $729.40. (iii) a judgment against Defendant for any monies due and owing as result of the audit plus interest on unpaid contribution and liquidated damages at 20% of the principal.

ORDERED, that the Judgment rendered by the court on this day in favor of the

Plaintiffs be entered as a final judgment against Defendant, and the Clerk of the Court is directed to enter such judgment forthwith.

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.

8/27/25